UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAGNER FREDY SAQUIC VELASQUEZ,**<br><br>Petitioner,<br><br>v.<br><br>**PAMELA BONDI, et al.,**<br><br>Respondents. | Civil Action No. 26-15 (MCA)<br><br>ORDER |

This matter comes before the Court on Petitioner's motion to dismiss his habeas petition because he accepted voluntary departure and is no longer challenging his detention under 28 U.S.C. § 2241. (*See* ECF No. 7.)

**IT IS** on this 29th day of January 2026;

**ORDERED** that Petitioner's motion to dismiss his habeas petition (ECF No. 7) is **GRANTED**; the Court dismisses the instant Petition **WITHOUT PREJUDICE** and **LIFTS** the temporary restraint on transfer entered at ECF No. 12; and it is further

**ORDERED** that the motion for an Order to Show Cause (ECF No. 2) and the motion for a Temporary Restraining Order (ECF No. 3) are dismissed as **MOOT**; and it is further

**ORDERED** that the Clerk of the Court shall mark this case as **CLOSED**.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**
